61 F.3d 905
 NOTICE: Seventh Circuit Rule 53(b)(2) states unpublished orders shall not be cited or used as precedent except to support a claim of res judicata, collateral estoppel or law of the case in any federal court within the circuit.
Michael JACOBSON, Petitioner-Appellant,
v.
Richard E. WALKER, Sheriff, Mason County, Illinois, Roland
W. Burris, Attorney General, State of Illinois and
Alan D. Tucker, State's Attorney, Mason
County, Illinois, Respondents-Appellees.
 No. 94-1879.
 United States Court of Appeals, Seventh Circuit.
 Argued Dec. 8, 1994.
Decided Jan. 6, 1995.
 
 Before POSNER, Chief Judge, and REAVLEY* and COFFEY, Circuit Judges.
 
 ORDER
 
 1
 The judgment of the district court denying Jackson's petition for writ of habeas corpus is affirmed for the reasons given by that court in its order of March 16, 1994.
 
 
 
 *
 Of the Fifth Circuit, sitting by designation